

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00134-CR

| | | |
|---|---|---|
| EX PARTE MINH DUY NGUYEN | § | On Appeal from the 158th District Court |
| | § | of Denton County (F-2001-0558-B (WHC4)) |
| | § | October 29, 2020 |
| | § | Memorandum Opinion by Justice Gabriel |
| | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel